**KAZEROUNI LAW GROUP, APC**

ird Avenue
Suite 2800
New York, New York 10022
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
www.kazlg.com

September 6, 2021

<u>VIA ECF</u>

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

  Re: *Ogbonna v. Equifax Information Services LLC, et al.*
    <u>Case No.: 21 Civ. 1769 (PAE)(SLC)</u>

Dear Judge Cave:

  We represent the plaintiff in the above-referenced matter. For the reasons set forth below and in accordance with paragraph 9 of your Honor's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave ("Standing Order"), we write to respectfully request a brief adjournment of the Settlement Conference currently set for September 22nd at 2 p.m.

  Although the parties have been diligently working through the written discovery phase of this matter, we deem it prudent to conduct depositions before the conference. We believe this will enable the parties to have a more meaningful and productive settlement conference. Unfortunately, however, my observance of the upcoming Jewish holidays is making scheduling very difficult. As such, we respectfully request a brief adjournment.

  We thank the Court for its courtesies.

Respectfully submitted,

Ross H. Schmierer, Esq.

---

Plaintiff's letter-motion requesting an adjournment of the September 22, 2021 Settlement Conference (ECF No. 35) is GRANTED. The Settlement Conference is ADJOURNED to **Thursday, October 21, 2021 at 10:00 am**, and will be hosted by the Court on Microsoft Teams. The terms of the Settlement Conference Scheduling Order (ECF No. 34) are incorporated by reference, and the parties shall submit their pre-conference submissions by no later than **Friday, October 15, 2021**.

The Clerk of Court is respectfully directed to set this matter as a Settlement Conference and to close ECF No. 35.

SO ORDERED 9/7/2021

SARAH L. CAVE
United States Magistrate Judge

---

**ARIZONA  -  CALIFORNIA  -  MINNESOTA  -  NEVADA  -  NEW JERSEY**
**NEW YORK  -  TEXAS  -  WASHINGTON**