UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMEKA OGBONNA,

          Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 1769 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Settlement Conference that had been scheduled for Thursday, October 21, 2021 at 10:00 am (ECF No. 36) was cancelled following the administrative closure of this case. (ECF No. 39). The parties shall meet and confer and shall file by **Friday, October 22, 2021,** a joint letter proposing additional dates (except for the first week of November) on which the parties are available for the Court to reschedule the Settlement Conference.

Dated:     New York, New York
          October 19, 2021

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**