UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMEKA OGBONNA,

                              Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, LLC, AND
MARRIOTT OWNERSHIP RESORTS INC.,

                              Defendants.

21 Civ. 1769 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received the parties' letters regarding outstanding discovery disputes in this case and the request for an informal conference with the Court to discuss the same. Dkt. 43, 46. The Court hereby schedules a telephonic conference with the parties on **November 4, 2021 at 9 a.m.** The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

       SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: October 29, 2021
       New York, New York