UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMEKA OGBONNA,

                              Plaintiff,                21 Civ. 1769 (PAE)

          -v-

                                                             ORDER

EQUIFAX INFORMATION SERVICES, LLC, AND
MARRIOTT OWNERSHIP RESORTS INC.,

                             Defendants.

PAUL A. ENGELMAYER, District Judge:

       Due to a scheduling conflict, the Court hereby reschedules the telephonic conference with the parties on November 4, 2021 to 9:45 a.m.

       SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: November 3, 2021
          New York, New York