UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMEKA OGBONNA,

                          Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, LLC, AND MARRIOTT OWNERSHIP RESORTS INC.,

                          Defendants.

21 Civ. 1769 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 4, 2021, the Court held an informal conference with the parties to discuss outstanding discovery disputes in this case. The Court orally resolved the disputes for the reasons set forth in the transcript of the conference. The Court also reopened fact discovery and set the following schedule:

- November 18, 2021: Depositions of all fact and 30(b)(6) witnesses to complete.
- November 24, 2021: Fact discovery to close.
- December 8, 2021: Pre-motion letters due.
- December 15, 2021: Responses to pre-motions letters due.

The case management conference currently scheduled for November 18, 2021 at 2 p.m. is adjourned and rescheduled to January 3, 2022 at 10 a.m.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: November 4, 2021
        New York, New York