UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

EMEKA OGBONNA,

                              Plaintiff,

          -v-

EQUIFAX INFORMATION SERVICES, LLC, AND
MARRIOTT OWNERSHIP RESORTS INC.,

                              Defendants.

21 Civ. 1769 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

       The Court has received defendant Marriott Ownership Resorts Inc.'s ("MORI") letter-motion requesting a pre-motion conference on MORI's forthcoming motion for summary judgment. Dkt. 49. Pursuant to the Court's individual rules, plaintiff Emeka Ogbonna ("Ogbonna") had one week to respond to the letter. Ogbonna failed to do so. Nonetheless, the Court sua sponte authorizes Ogbonna to submit a response to MORI's letter-motion by November 19, 2021. The Court will take up the substance of the letter-motion and the briefing schedule for the forthcoming motion for summary judgment at the case management conference currently scheduled for January 3, 2022.

       SO ORDERED.

                                                                      *Paul A. Engelmayer*
                                                                     _____
                                                                     PAUL A. ENGELMAYER
                                                                     United States District Judge

Dated: November 17, 2021
       New York, New York