UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMEKA OGBONNA,

                                    Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, LLC, AND
MARRIOTT OWNERSHIP RESORTS INC.,

                                    Defendants.

21 Civ. 1769 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 9, 2021, the Court issued an order instructing the parties to submit a joint letter describing deposition testimony provided by Lynn Correia, as relevant to a discovery dispute regarding the contents and circumstances of a FedEx package sent to plaintiff Emeka Ogbonna in March 2020. Dkt. 58. Having reviewed the parties' joint and individual letters regarding the dispute, Dkts. 54–55, 60, the Court finds that Irene Lin's testimony on the subject would not be unreasonably cumulative or duplicative as would be unwarranted under Rule 26(b). Accordingly, the Court grants Ogbonna's motion to compel, reopens fact discovery for the discrete purpose of taking Lin's deposition, and sets the following schedule:

- The case management conference currently scheduled for January 3, 2022 is adjourned and rescheduled to **March 7, 2022 at 10 a.m**.

- Lin's deposition is to be completed by **February 4, 2022**. The deposition shall not exceed **one hour**.

- The parties may resubmit any pre-motion letters in this case by **February 11, 2022**. Oppositions to those letters are due by **February 16, 2022**. The Court will take up the substance of the letters at the March 7 case management conference.

2

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 16, 2021
       New York, New York