UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMEKA OGBONNA,

                        Plaintiff,

         -v-

EQUIFAX INFORMATION SERVICES, LLC and
MARRIOT OWNERSHIP RESORTS INC.,

                       Defendants.

21 Civ. 1769 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    In light of the anticipated motions for summary judgment to be filed in this case, the deadline for the parties' pretrial filings is adjourned.  *See* Individual Rule 5(A).

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: January 28, 2022
          New York, New York